# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 28, 2016

*By the Court:*

| No. 14-2593 | EDITH WALLACE,<br>Plaintiff - Appellant<br><br>v.<br><br>HEARTLAND COMMUNITY COLLEGE,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cv-01184-JBM-JEH<br>Central District of Illinois<br>District Judge Joe Billy McDade ||

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on July 28, 2016, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit